UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
GHOST IN THE MACHINE INC. D/B/A :
SNAKE NATION, :
: 22-CV-9270 (VSB)
Plaintiff, :
:  **ORDER**
-against- :
:
PLANNED PARENTHOOD FEDERATION OF :
AMERICA, INC. AND PLANNED PARENTHOOD :
GLOBAL, INC., :
:
Defendants. :
------------------------------------------------------------x

**ONA T. WANG**, **United States Magistrate Judge**:

The Court held Pre-Settlement Conference calls with the parties on June 20, 2024, July 25, 2024, and July 30, 2024, after which the parties indicated that they were not ready for settlement. The parties are now directed to file a joint status letter on the docket by **Friday, December 20, 2024,** indicating whether they have been engaging in settlement discussions since the July 30 call and whether the parties would like to schedule another settlement call with the Court. If the parties wish to schedule another settlement call, they are directed to include in their December 20 status letter proposed dates in January and February.

**SO ORDERED.**

Dated: December 13, 2024
      New York, New York

_s/ Ona T. Wang_
**Ona T. Wang**
United States Magistrate Judge