**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------x
GHOST IN THE MACHINE INC. D/B/A  :
SNAKE NATION,                    :
                                 :      22-CV-9270 (VSB)
             Plaintiff,          :
                                 :      **ORDER**
      -against-                  :
                                 :
PLANNED PARENTHOOD FEDERATION OF :
AMERICA, INC. AND PLANNED PARENTHOOD :
GLOBAL, INC.,                    :
                                 :
             Defendants.         :
------------------------------------------------------------x

**ONA T. WANG**, **United States Magistrate Judge**:

The Court is in receipt of ECF 51.

I cannot decide the parties pending motion to dismiss as this case has only been referred to me for settlement. If the parties wish to consent to my jurisdiction over this case pursuant to 28 U.S.C. § 636(c) and Fed. R. Civ. P. 739(b)(1), they must fill out and file on the docket by **Friday, January 10, 2025,** the form found at the following link:

https://nysd.uscourts.gov/sites/default/files/2018-06/AO-3.pdf.

**SO ORDERED.**

                                              _s/ Ona T. Wang_____
Dated: January 7, 2025                        **Ona T. Wang**
       New York, New York                     United States Magistrate Judge