UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
                              :

GHOST IN THE MACHINE INC. D/B/A   :
SNAKE NATION,                       :
                              :

                Plaintiff,     :               22-CV-9270 (VSB)
                              :

       - against -          :                 **ORDER**
                              :

PLANNED PARENTHOOD FEDERATION   :
OF AMERICA, INC., *et al.*,           :
                              :

            Defendants.   :
                              :
-----------------------------------------------------------X

<u>VERNON S. BRODERICK, United States District Judge</u>:

      For the reasons stated during the conference on June 29, 2026, Defendant's motion to

dismiss for failure to prosecute and failure to participate in discovery, (Doc. 107), is DENIED.

As discussed during the June 29, 2026 conference, a decision on Karl Carter's motion to dismiss

the third-party complaint, (Docs. 87–89), will issue in due course.

      The Clerk of Court is respectfully directed to close the motion at Doc. 107.

SO ORDERED.

Dated:       June 29, 2026
            New York, New York

                                     Vernon S. Broderick
                                     United States District Judge

1