**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

GHOST IN THE MACHINE INC. D/B/A SNAKE NATION,

Plaintiff,

-against-

PLANNED PARENTHOOD FEDERATION OF AMERICA, INC. AND PLANNED PARENTHOOD GLOBAL, INC.,

Defendant/Third-Party Plaintiff,

-against-

KARL CARTER,

Third-Party Defendant.

22-CV-9270 (VSB) (OTW)

**ORDER**

**ONA T. WANG**, **United States Magistrate Judge**:

The Court held an in-person status conference in this matter on October 8, 2026. As discussed at the conference:

1. Parties are directed to file monthly joint status letters on the last business Friday of each month, beginning on **October 30, 2026**; and
2. Parties are directed to file any ripe discovery motions on **October 30, 2026**.

**SO ORDERED.**

*s/ Ona T. Wang*
**Ona T. Wang**
United States Magistrate Judge

Dated: October 20, 2026
New York, New York